IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Allen, Tracey L

Printed: 7/8/08

Case Number: 08 B 10400
Judge: Wedoff, Eugene R
Filed: 4/25/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: July 2, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 613.00 |  |
| Secured: |  | 573.15 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 39.85 |
| Other Funds: |  | 0.00 |
| Totals: | 613.00 | 613.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 2. | Wells Fargo Auto Finance | Secured | 16,958.93 | 573.15 |
| 3. | Saxon Mortgage Services Inc | Secured | 8,793.00 | 0.00 |
| 4. | Dell Financial Services, Inc | Unsecured | 161.77 | 0.00 |
| 5. | AmeriCash Loans, LLC | Unsecured | 67.72 | 0.00 |
| 6. | Wachovia Education Fin | Unsecured | 37.00 | 0.00 |
| 7. | Capital One | Unsecured | 82.12 | 0.00 |
| 8. | Elan Financial Services | Unsecured | 577.32 | 0.00 |
| 9. | Cook County Treasurer | Secured |  | No Claim Filed |
| 10. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 11. | American General Finance | Unsecured |  | No Claim Filed |
| 12. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 13. | Jc Penney - GEMB | Unsecured |  | No Claim Filed |
| 14. | GEMB | Unsecured |  | No Claim Filed |
| 15. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 16. | Nicor Gas | Unsecured |  | No Claim Filed |
| 17. | Sir Finance Corporation | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 26,677.86 | $ 573.15 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 39.85 |
|  | _____ |
|  | $ 39.85 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Allen, Tracey L

Printed:  7/8/08

Case Number:  08 B 10400
Judge:  Wedoff, Eugene R
Filed:  4/25/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

